1  DAYLE ELIESON
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (415) 977-8985
       Facsimile: (415) 744-0134
7      E-Mail: Michael.Marriott@ssa.gov

8  Attorneys for Defendant

9

FILED ✓    RECEIVED
ENTERED    SERVED ON
           COUNSEL/PARTIES OF RECORD

OCT 30 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

10              **UNITED STATES DISTRICT COURT**

11                   **DISTRICT OF NEVADA**

                      **RENO DIVISION**
12

13

14  MATTHEW CHILDERS,              )  Case No: 3:18-cv-00170-RCJ-CBC
                                   )  ORDER
15             Plaintiff           )
                                   )  **STIPULATION FOR EXTENSION OF**
       v.                          )  **TIME TO FILE DEFENDANT'S CROSS**
16                                 )  **MOTION TO AFFIRM**
    NANCY A. BERRYHILL, Acting     )
17  Commissioner of Social Security, )  **(First Request)**
                                   )
18             Defendant.          )
                                   )
19

20        Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests

21  an extension of time of thirty days from October 29, 2018 to November 28, 2018, to prepare and

22  file her cross motion to affirm.  This is the Commissioner's first request for an extension.

23        Defendant respectfully requests this extension of time because of a very heavy workload,

24  including two district court merits hearings scheduled in the next two weeks, requiring

25  significant additional preparation time.

26                                  -1-

1          On October 29, 2018, Plaintiff's counsel informed Defendant by email that he had no

2    objection to this extension.

3

4                              Respectfully submitted,

5
       Date:  October 29, 2018                SHOOK & STONE, CHTD.
6
                            By:    */s/* *John B. Shook*
7                                JOHN B. SHOOK
                                 *authorized by email October 29, 2018
8
                                Attorneys for Plaintiff
9

10      Date:  October 29, 2018                DAYLE ELIESON
11                               United States Attorney

12                           By:    */s/ Michael K. Marriott*
                                 MICHAEL K. MARRIOTT
13                               Assistant Regional Counsel

14                               Attorneys for Defendant

15
    Of Counsel
16   Jeffrey Chen
     Assistant Regional Counsel
17   Social Security Administration

18

19

20                             IT IS SO ORDERED.

21

22   DATE: 10/30/2018

23                          HONORABLE CARLA BALDWIN CARRY
                            United States Magistrate Judge
24

25

26

1

**CERTIFICATE OF SERVICE**

2 I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time

3 to File Defendant's Cross Motion to Affirm to be served, via CM/ECF notification, on:

4         John B. Shook
        Shook & Stone Chtd.
5         710 S. Fourth St.
        Las Vegas, NV 89101

6

7 Date:   October 29, 2018               DAYLE ELIESON
                           United States Attorney

8

9                         By:    */s/ Michael K. Marriott*
                             MICHAEL K. MARRIOTT
10                              Assistant Regional Counsel

11                              Attorneys for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-3-