DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# RENO DIVISION

| | |
|---|---|
| MATTHEW CHILDERS, <br><br> Plaintiff <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No: 3:18-cv-00170-RCJ-CBC <br><br> STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM <br><br> (Second Request) |

    Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of fourteen days from November 28, 2018 to December 12, 2018, to prepare and file her cross motion to affirm. This is the Commissioner's second request for an extension.

    After reviewing the record and Plaintiff's Motion to Remand, the undersigned believes that this case may be suitable for voluntary remand in lieu of further litigation. The undersigned therefore respectfully requests this extension of time to attempt to obtain remand authority.

-1-

On November 28, 2018, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: November 28, 2018          SHOOK & STONE, CHTD.

                         By:     /s/* John B. Shook
                                 JOHN B. SHOOK
                                 *authorized by email November 28, 2018

                                 Attorneys for Plaintiff

Date: November 28, 2018          DAYLE ELIESON
                                 United States Attorney

                         By:     /s/ Michael K. Marriott
                                 MICHAEL K. MARRIOTT
                                 Assistant Regional Counsel

                                 Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: 11/30/2018

_____
HONORABLE CARLA BALDWIN CARRY
United States Magistrate Judge

-2-

# CERTIFICATE OF SERVICE

I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time to File Defendant's Cross Motion to Affirm to be served, via CM/ECF notification, on:

John B. Shook
Shook & Stone Chtd.
710 S. Fourth St.
Las Vegas, NV 89101

Date: <u>November 28, 2018</u>

DAYLE ELIESON
United States Attorney

By: <u>/s/ Michael K. Marriott</u>
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant