UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW CHILDERS, | Case No.: 3:18-CV-00170-RCJ-CBC |
| Plaintiff, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE (ECF NO. 23) |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla B. Carry (ECF No. 23[1]) entered on March 12, 2019, recommending that the Court grant Plaintiff's Motion for Remand/Reversal (ECF No. 12) and deny Defendant's Cross-Motion to Affirm (ECF No.19). No objection to the Report and Recommendation has been filled.

This action was referred to Judge Carry under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 23) entered on March 12, 2019, is ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Remand/Reversal (ECF No. 12) is GRANTED.

IT IS FURTHER ORDERED that Defendant's Cross-Motion to Affirm (ECF No.19) is DENIED.

IT IS FURTHER ORDERED that this case is REMANDED to the agency for further proceedings. The Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated this 3rd day of April, 2019.

_____
ROBERT C. JONES
Senior District Judge